RECEIVED
OCT 11 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| GENE IRVING GARLAND, JR., Petitioner | CIVIL DOCKET NO. 1:19-CV-0053-P |
| VERSUS | JUDGE DRELL |
| CALVIN JOHNSON, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the § 2241 Petition (Docs. 1, 6) is DISMISSED with prejudice as MOOT.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 10th day of October, 2019.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE